**Motion Granted; Order filed March 24, 2015.**



In The

# Fourteenth Court of Appeals

_____

NOS. 14-14-00814-CR & 14-14-00815-CR
_____

**BRYANT CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause Nos. 1319081 & 1387990**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes these appeals are wholly frivolous and without merit. Appellant has made known to this Court his desire to review the records and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 262nd District Court to afford appellant an opportunity to view the trial records in accordance with local procedure. The

trial court clerk shall furnish the record to appellant on or before **April 10, 2015,** at his current mailing address:

Mr. Bryant Carter
TDCJ No. 01958282
Barry B. Telford Unit
3899 Highway 98
New Boston, Texas 75570

In addition, we **ORDER** that the clerk of the trial court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within **thirty days** of that date.

PER CURIAM